IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL FINANCE COMPANY, LLC, | § § § | No. 613, 2018 |
| Plaintiff-Below, Appellant, | § § § | Court Below: Superior Court |
| v. | § § § | of the State of Delaware |
| TD BANK NATIONAL ASSOCIATION, | § § § | C.A. No. N17C-07-002 |
| Defendant-Below, Appellee. | § § § | |

Submitted: October 23, 2019
Decided: October 29, 2019

Before **VALIHURA**, **VAUGHN**, and **SEITZ** Justices.

# **O R D E R**

This 29th day of October, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion dated December 10, 2018;

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice